971 A.2d 1124

**Anthony MATTHEWS, Petitioner**

v.

**Betty KIMBLE–MATTHEWS, Respondent.**

**No. 20 EM 2009.**

Supreme Court of Pennsylvania.

May 14, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus Ad Subjiciendum and the Application to Amend are **DENIED.**

971 A.2d 1124

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dante OVERBY, Petitioner.**

**No. 23 EM 2009.**

Supreme Court of Pennsylvania.

May 14, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of May, 2009, the "Appeal of Superior Court Order," which is treated as an Application for Relief, is **DENIED.**